People v Simmons
2026 NY Slip Op 03079
May 14, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,
v
Ashley Simmons, Defendant-Appellant.

Decided and Entered: May 14, 2026
Ind No. 74375/22|Appeal No. 6616|Case No. 2023-00942|
Before: Webber, J.P., GonzáLez, Pitt-Burke, Higgitt, Hagler, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Benjamin G. Wiener of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Larry Glasser of counsel), for respondent.

[*1]
Appeal from judgment, Supreme Court, Bronx County (Ralph A. Fabrizio J. at plea and sentencing; Raymond L. Bruce, J. at probation termination), rendered February 8, 2023, convicting defendant, of assault in the second degree, and sentencing him to a jail term of 60 days, concurrent with five years' probation, unanimously dismissed, as moot.
This appeal, claiming excessiveness of sentence, is moot because defendant completed his jail term, and his term of probation has been terminated (see People v Hatten, 233 AD3d 595, 595 [1st Dept 2024]). In light of the termination of his probation, his challenges to conditions of his probation are also moot (see Matter of Traekwon I. , 152 AD3d 431, 432 [1st Dept 2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 14, 2026